AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

REGINA FRANK

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of | ) |
| Social Security Administration | ) |
| *Defendant* | |

Civil Action No.   1:15-CV-03006-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The defendant's motion for summary judgment is DENIED and the plaintiff's motion for summary judgment is GRANTED. The ALJ's decision of May 30, 2013 is reversed and the case is remanded to the ALJ for further proceedings.  The ALJ shall reassess the weight to be given to the testimony of Ms. Frank and to the opinions of Dr. McClelland and Dr. Burdge.  If necessary, the ALJ may reopen the hearing and receive additional evidence.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Van Sickle _____ on motions for Summary Judgment.

Date:  June 30, 2016 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Cheryl Cambensy _____
*(By) Deputy Clerk*

Cheryl Cambensy _____